AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

SCOTT AARON BAXTER,

      Plaintiff,

                                    JUDGMENT IN A CIVIL CASE

        **v.**

                                      CASE NUMBER:  5:26-cv-29

FRANK BISIGNANO, Commissioner of Social Security,

      Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, based on the Order dated August 6, 2026 and sentence four of 42 U.S.C. § 405(g), the Court reverses the decision of the Commissioner and remands this cause to the Commissioner for further administrative proceedings. The Court directs the Commissioner to provide Plaintiff with the opportunity to have a hearing upon remand.  This case stands closed.

Approved by: _____

      Honorable Benjamin W. Cheesbro
      United States Magistrate Judge
      Southern District of Georgia

August 7, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020